

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Lamar Advantage Holding Company,

Vs. No. 11-14-00133-CV

The City of Stephenville and Mark
Kaiser, in his official capacity as
city administrator,

\* From the 266th District Court
  of Erath County,
  Trial Court No. CV-31132.

\* June 9, 2016

\* Memorandum Opinion by Bailey, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

      This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Lamar Advantage Holding Company.